# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **ELLEN SMOAK** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| § | **CIVIL ACTION NO. 3:25-cv-919** |
| v. § | |
| § | |
| § | |
| **BIOHEALTH RX, LLC, EDWARD COKE** § | **JURY DEMANDED** |
| **MANN III, and EDWARD COKE MANN** § | |
| **IV** § | |
| § | |
| *Defendants.* § | |

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

On this day, this Court considered Defendants' Unopposed Motion for Leave to Proceed Without Local Counsel. After considering the motion, the pleadings on file, and the arguments of counsel, if any, this Court finds that the motion is meritorious and should be granted. Accordingly, it is

ORDERED that leave is granted, and Defendants may proceed in this matter without local counsel.

SIGNED on this ___ day of May, 2025.

_____
**UNITED STATES DISTRICT JUDGE**